# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| JOSE RAMOS,<br>   *Petitioner*,<br><br>  v.<br><br>SCOTT SEMPLE,<br>   *Respondent*. | No. 3:18-cv-01259 (VAB) |
|---|---|

## RULING ON MOTION TO RE-OPEN CASE AND ORDER TO SHOW CAUSE

Jose Ramos ("Petitioner"), has moved to re-open this case and proceed under 28 U.S.C. § 2254. ECF No. 12. Consistent with the Court's leave to re-open the case, Mr. Ramos has complied with the Court's filing fee requirements. ECF No. 12. On August 30, 2018, Magistrate Judge William I. Garfinkel granted his motion to proceed *in forma pauperis*. ECF No. 14. On September 11, 2018, Petitioner moved to proceed by affidavits.

The motion to re-open therefore is **GRANTED**.

Scott Semple ("Respondent") is **ORDERED** to file a response addressing Mr. Ramos's petition for *writ of habeas corpus* on or before November 30, 2018.

The Clerk of the Court and the Clerk is hereby **ORDERED** to serve a copy of this order and a copy of the Amended Petition, ECF No. 12-1, and all attachments, to Mr. Semple's representative, Jo Anne Sulik, by e-mail, on or before November 2, 2018.

Mr. Ramos's earlier motion for leave to proceed under § 2254, ECF No. 11, is **DENIED** as moot.

Mr. Ramos's motion to proceed by affidavits is **DENIED** without prejudice to renewal.

The Clerk of the Court is directed to re-open this case.

**SO ORDERED** at Bridgeport, Connecticut, this 29th day of October, 2018.

              /s/ Victor A. Bolden
              VICTOR A. BOLDEN
              UNITED STATES DISTRICT JUDGE